**EXHIBIT 2:** INFRINGEMENT #1
URL:
https://www.facebook.com/photo/?fbid=5679696922062434&set=pcb.5679697058729087



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/p/Cfzg_PfPL5u/?img_index=1

