HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

Attorneys for Defendant LYMI Inc.

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ulices Ramales,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYMI Inc. d/b/a Reformation,<br><br>　　　　Defendant. | Case No. 2:24-cv-3398-PA-DFM<br><br>**Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 Days (L.R. 8-3)**<br><br>Complaint served:　　April 30, 2024<br>Current response date:　May 21, 2024<br>New response due:　　June 20, 2024<br><br>Judge:   Hon. Percy Anderson |

　　Pursuant to Local Rule 8-3, Plaintiff Ulices Ramales ("Plaintiff" or "Ramales") and Defendant LYMI Inc., d/b/a Reformation ("Defendant" or "Reformation") jointly stipulate to extend Defendant's time to respond to Plaintiff's initial Complaint (Dkt. No. 1) by 30 days, to June 20, 2024. The initial Complaint was served on April 30, 2024, and the current response date for Defendant to respond to the Complaint is May 21, 2024.

　　This is the parties' first stipulation to extend Defendant's time to respond to the initial Complaint. This stipulation, together with any prior stipulations, will not extend Defendant's time to respond to the initial Complaint by more than 30 cumulative days.

20843289.1

| | | |
|---|---|---|
| DATED: May 17, 2024 | | HANSON BRIDGETT LLP |

By:      /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Defendant LYMI Inc.

DATED: May 17, 2024            SANDERS LAW GROUP

By:      /s/ Jaqueline Mandel
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128568
Attorneys for Plaintiff Ulices Ramales

**Multiple Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this stipulation and have authorized the filing of this stipulation.

DATED: May 17, 2024         HANSON BRIDGETT LLP

By:  /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Defendant LYMI Inc.