HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

Attorneys for Defendant LYMI Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Ulices Ramales,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYMI Inc. d/b/a Reformation,<br><br>　　　　Defendant. | Case No. 2:24-cv-3398-PA-DFM<br><br>**Stipulation and Motion to Extend Time to Respond to Initial Complaint Beyond 30 Days**<br><br>Complaint served:　　　April 30, 2024<br>Current response date:　June 20, 2024<br>Proposed response date:　July 8, 2024<br><br>Judge:　Hon. Percy Anderson |

　　　Plaintiff Ulices Ramales ("Plaintiff" or "Ramales") and Defendant LYMI Inc., d/b/a Reformation ("Defendant" or "Reformation") jointly stipulate and move the Court for an order extending Defendant's time to respond to Plaintiff's initial Complaint (Dkt. No. 1) by 18 days, to July 8, 2024.

　　　The initial Complaint was served on April 30, 2024, and Defendant's initial response date was May 21, 2024.

　　　On May 17, 2024, the parties filed a stipulation pursuant to Local Rule 8-3 to extend Defendant's response date by not more than 30 days, to June 20, 2024 (Dkt. No. 12).

　　　The parties have reached and agreed upon a settlement in principle to dispose of all of Plaintiff's claims against Defendant. Good cause therefore exists for this

extension because the parties are currently conferring and working to finalize and execute a confidential written settlement agreement which would provide for the dismissal of this action.

The parties believe that an extension of Defendant's response date by an additional 18 days, to July 8, 2024, will facilitate the settlement and full resolution of this action.

Accordingly, the parties agree and respectfully stipulate and move the Court to extend Defendant's response date to the initial Complaint to and including **July 8, 2024.**

DATED:  June 18, 2024              HANSON BRIDGETT LLP

                                   By:       /s/ Justin Thiele
                                   RAFFI V. ZEROUNIAN
                                   JUSTIN P. THIELE
                                   Attorneys for Defendant LYMI Inc.

DATED:  June 18, 2024              SANDERS LAW GROUP

                                   By:       /s/ Jaqueline Mandel
                                   Craig Sanders, Esq. (Cal Bar 284397)
                                   Jacqueline Mandel, Esq. (Cal Bar 317119)
                                   333 Earle Ovington Blvd, Suite 402
                                   Uniondale, NY 11553
                                   Tel: (516) 203-7600
                                   Email: csanders@sanderslaw.group
                                   Email: jmandel@sanderslaw.group
                                   File No.: 128568
                                   Attorneys for Plaintiff Ulices Ramales

**Multiple Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this stipulation and have authorized the filing of this stipulation.

DATED: June 18, 2024                HANSON BRIDGETT LLP

By:    /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Defendant LYMI Inc.